FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

MAR 2 2000

DAVID J. MALAND, CLERK
BY
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

IN RE NORPLANT CONTRACEPTIVE : MDL DOCKET NO. 1038
PRODUCTS LIABILITY LITIGATION :
------------------------------------------------------------

ADDISON

v.                                              Case No.: 1:95CV5160

AMERICAN HOME PRODUCTS CORPORATION;
WYETH LABORATORIES INC.

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiff VANESSA RENEE THOMAS and defendants AMERICAN HOME PRODUCTS CORPORATION, WYETH LABORATORIES INC. hereby stipulate that plaintiff's claims be and are hereby dismissed *with prejudice*.

_____          _____
H. Blair Hahn                                           Paul W. Gertz
NESS, MOTLEY, LOADHOLT,              GERMER & GERTZ
  RICHARDSON & POOLE                   805 Park Street
174 East Bay Street                           P.O. Box 3728
Suite 300-B                                      Beaumont, Texas 77704
Charleston, South Carolina 29401

ATTORNEYS FOR PLAINTIFF              ATTORNEYS FOR DEFENDANTS